# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

11-4573

Ryszard Zielinski v. SPS Technologies LLC, et al

2-10-cv-03106

## O R D E R

FILED
MAY 10 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

Marcia M. Waldron, Clerk

May 9, 2012

Smw/cc:   Jeremy M. Cerutti, Esq.
          Edward T. Ellis, Esq.
          Ari R. Karpf, Esq.
          Adam C. Lease, Esq.
          Sarah E. McCarthy, Esq.

A True Copy:
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.